# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2013

## NO. 03-11-00684-CR

**Abel Medrano, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 27TH DISTRICT COURT OF LAMPASAS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
## AFFIRMED -- OPINION BY JUSTICE ROSE

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the judgment of conviction:

**IT IS THEREFORE ORDERED** that the judgment of conviction is in all things affirmed; that the appellant pay all costs relating to this appeal, and that this decision be certified below for observance.